IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICHARD R. PATTON                                                                                            PLAINTIFF

v.                               Case No. 6:21-cv-06019

GREGORY K. CRAIN (Deputy
Public Defender) and
HOT SPRING COUNTY, ARKANSAS                                 DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed February 24, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice. Judge Bryant also recommends that the dismissal of this action should constitute a "strike" under 28 U.S.C. § 1915(g).

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** and the Clerk is instructed to place a §1915(g) strike flag on this case.

**IT IS SO ORDERED**, this 16th day of March, 2021.

                                                                 /s/ Susan O. Hickey
                                                                 Susan O. Hickey
                                                                 Chief United States District Judge